UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN M. JIMMERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-238-G |
| | ) |
| CORRECTIONAL OFFICER C. HORNE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Steven M. Jimmerson, a federal prisoner appearing pro se, brings this federal civil rights action pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). *See* Compl. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On March 4, 2025, Judge Erwin directed Plaintiff to cure deficiencies relating to the Complaint and to either pay the filing fee or seek leave to proceed *in forma pauperis* no later than March 21, 2025. *See* Order (Doc. No. 4). The docket reflects that the Order and appropriate forms were mailed to Plaintiff at his address of record, and there is no indication they were not received.

On April 1, 2025, Judge Erwin issued a Report and Recommendation recommending that Plaintiff's Complaint be dismissed without prejudice for failure to comply with the Court's Order. *See* R. & R. (Doc. No. 5) at 2. In the Report and Recommendation, Judge Erwin advised Plaintiff of his right to object to the Report and

Recommendation by April 18, 2025. *See id.* Judge Erwin also advised that a failure to object would constitute a waiver of the right to appellate review of the factual determinations and legal conclusions in the Report and Recommendation. *See id.*

As of this date, Plaintiff has not filed any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Court ADOPTS the Report and Recommendation (Doc. No. 5) in its entirety.

Plaintiff's Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. A separate judgment shall be entered.

IT IS SO ORDERED this 12th day of August, 2025.

CHARLES B. GOODWIN
United States District Judge